■ In the Matter of LORI J. CHASE-TRIOU, Respondent, v JAMES M. TRIOU, JR., Appellant. [946 NYS2d 919]—Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered March 19, 2010 in a proceeding pursuant to Family Court Act article 8. The order granted petitioner an order of protection through March 19, 2011.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent appeals from an order of protection entered in favor of petitioner and her two daughters. We conclude that Family Court properly determined that petitioner met her burden of establishing by a preponderance of the evidence that respondent committed the family offense of harassment in the second degree (*see* Family Ct Act § 812 [1]; Penal Law § 240.26 [3]; *see generally Matter of Harrington v Harrington*, 63 AD3d 1618, 1619 [2009], *lv denied* 13 NY3d 705 [2009]), thus warranting the issuance of an order of protection. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of JAMES REYES, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [948 NYS2d 841]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered February 22, 2012) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Centra, Sconiers and Martoche, JJ.